EDWARD FENN *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF SEYMOUR

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 430, is denied.

*Joseph E. Sakal,* in support of the petition.

*Richard P. Gilardi,* in opposition.

Decided May 30, 1991

BARBARA ANN BERG *v.* KENNETH W. BERG

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 509, is denied.

*Richard G. Kent,* in support of the petition.

*David N. Feliu,* in opposition.

Decided June 6, 1991